**UNITED STATES of America,**
**Appellee,**

v.

**Dennis Eugene MENTZOS,**
**II, Appellant.**

No. 07–1853.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 5, 2008.

Filed: March 10, 2008.

Timothy Christopher Rank, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Dennis Eugene Mentzos II, Coleman, FL, pro se.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Dennis Mentzos appeals the district court's [1] denial of his Federal Rule of Criminal Procedure 41(g) motion for the return of his seized property. See Fed. R.Crim. R. 41(g) (person aggrieved by deprivation of property may move for return of property and court "must receive evidence on any factual issue necessary to decide the motion"). In light of the additional information provided by the parties to supplement the appellate record, we affirm the district court's judgment under 8th Cir. R. 47B. *See Stokors S.A. v. Morrison,* 147 F.3d 759, 760 n. 2 (8th Cir.1998) (expanding record because it allows more complete understanding of events at issue); *see also United States v. Timley,* 443 F.3d 615, 625 (8th Cir.2006) (government, by way of letter, authorized return of defendant's property, obviating any need for hearing on matter).

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.